UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

)
UNITED STATES OF AMERICA    )
                            )
         v.                 )    CRIMINAL NO.
                            )    04CR10024
                            )    18 U.S.C. § 1030 (a)(5)(A)(iii)
                            )    18 U.S.C. § 1030 (c)(2)(A)
NAI JING LUO                )    (Unauthorized access to a
                            )        Computer)
                            )

INFORMATION

The United States Attorney charges that:

INTRODUCTION

1. At all times material to this Information, Ivymedia.com ("Ivymedia"), was an online business owned by Xiangping Chen ("Chen"), which provided merchants with technical expertise allowing them to post their products for sale on the internet. The most valuable asset of the business was its proprietary source code.

2. At all times material to this Information, Chen and the defendant, Nai Jing Luo ("Luo") were employed at Solidworks.

3. On August 30, 2002 Chen discovered that someone with access to the Solidworks server had hacked into Ivymedia's web server and obtained his source code as well as thousands of sales records containing credit card information utilized in business transactions brokered by Ivymedia.

4. During the FBI's investigation of the matter, Luo admitted to the intrusion, and further admitted that he had subsequently

1

deleted the stolen files from his computer, reinstalled the operating system and manually deleted the firewall security log in order to destroy evidence of his intrusion.

<u>COUNT ONE</u>

Damage Caused By Unauthorized Access to a Computer
18 U.S.C. § 1030(a)(5)(A)(iii)
18 U.S.C. § 1030(c)(2)(A)

The United States Attorney Further Charges That:

5. Paragraphs 1-4 are incorporated by reference as though fully set forth herein.

6. On or about August 30, 2002, in the District of Massachusetts and elsewhere,

NAI JING LUO

defendant herein, intentionally accessed a protected computer without authorization and as a result of such conduct caused damage, to wit, Luo accessed the Ivymedia server without authorization, caused damage, and copied all files, including the source code and credit card files on record, thereby causing impairment to the integrity and availability of data, programs, systems, and information belonging to Ivymedia and a financial loss of approximately $8,000.

All in violation of Title 18, United States Code, Section 1030(a)(5)(A)(iii) and 18 U.S.C. § 1030(c)(2)(A).

MICHAEL J. SULLIVAN
United States Attorney

By: _____
ALLISON D. BURROUGHS
Assistant U.S. Attorney

3