**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA

V.                                                    CRIMINAL NO.  04-10024

_____

NAI JING LUO                     Defendant

## CRIMINAL MISDEMEANOR CASES

### REFERENCE FOR REVIEW

        In accordance with 18 USC section 3401(f) and Rule 7(b)(3) of the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-captioned case is referred to Judge __WOLF_____, acting in his/her capacity as the Miscellaneous Business Docket Judge, for determination as to whether the case shall be continued before the District Court or referred to a Magistrate Judge for disposition.

Date_February 2, 2004                    Deputy Clerk _____

### O R D E R

        After review of this case pursuant to the provisions of 18 USC section 3401(f) and Rule 7(b)(3) of the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, it is hereby ORDERED that this case be:

( )     Continued before the District Court.

(√)     Referred to a Magistrate Judge of this Court.

Date Feb. 3, 2003                        District Judge _____

### REFERENCE FOR DISPOSITION

        In accordance with the above order of the Court, this case is assigned to Magistrate Judge _Bowler_____, pursuant to Rule 7(b)(5) of the Rules for United States Magistrates in the United States District Court for the District of Massachusetts.

Date 2-4-04                              Deputy Clerk _____

(CR Misdemeanor.wpd - 09/96)                              [krefrev.]
                                                          [kendo.]
                                                          [kcsasgn.]