AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

| UNITED STATES OF AMERICA<br>V.<br>NAI JING LUO<br>13 FALCON RIDGE DRIVE<br>HOPKINGTON, MA 01748 | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    04-10024-MBB |
|---|---|

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>1 Courthouse Way<br>Boston, MA 02210<br><br>Before:   MARIANNE B. BOWLER, U.S. MAGISTRATE JUDGE | Room<br>**COURTROOM # 25, 7th FLOOR** |
|---|---|
| | Date and Time<br>**MARCH 10, 2004 at 11:00 A.M.** |

To answer a(n)

   Indictment      X  Information      ComplaintCom      Violation      Probation Violation Petition

Charging you with a violation of Title    18    United States Code, Section(s)   1030 (a) (5) (iii)

Brief description of offense:

SEE ENCLOSED


**PLEASE NOTE: DEFENDANT MUST REPORT TO PRETRIAL SERVICES AT 8:30 A.M., MARCH 10, 2004; PRETRIAL SERVICES IS LOCATED ON THE FIRST FLOOR OF THE COURTHOUSE**

_Marianne B. Bowler USMJ_
Signature of Issuing Officer

_February 10, 2004_
Date

MARIANNE B. BOWLER, Ch. U.S.M.J.
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Date

Service was made by me on:[1]

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on _____
Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.